# THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.,* | Case No. 16-10992 (SMB) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| SUNEDISON LITIGATION TRUST, | |
| Plaintiff, | Adv. Proc. No. 18-01201 (SMB) |
| v. | |
| WEST COAST SOLAR, INC., | |
| Defendant. | |

The undersigned Mediator reports that the mediation was commenced on July 17, 2019 and completed thereafter by conference calls in the following manner:

(A) At the initial session, the following individuals were present:

   a. Parties – Ivona Smith from Drivetrain for the Plaintiff.

   b. Counsel – Daniel F. Geoghan, Esq. representing the Plaintiff and Mark Lichtenstein, Esq. representing the Defendant.

(B) The Parties mediated in good faith.

(C) The matter has been resolved.

Dated: New York, New York
November 21, 2019

MORITT HOCK & HAMROFF, LLP

*/s/ Leslie A. Berkoff*
Leslie A. Berkoff, Esq.
1407 Broadway – 39th Floor
New York, NY 10018
Phone: (212) 239-2000 Fax: (212) 239-7277